IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02222-GPG

JIMMIE WELLMAN,

    Applicant,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    Applicant's Motion to Certify Record for Review (ECF No. 6), is DENIED WITHOUT PREJUIDCE as premature. If this case survives initial review, in whole or in part, and is drawn to a presiding judge, the Court will issue an order for Respondents to file the appropriate state court record at that time.

    DATED: February 15, 2018